1

2

3

4                                                  **E-FILED on**      9/12/05

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12   MYRA C. CRENSHAW,                    | No. C-05-02387 RMW

13            Plaintiff,                   | ORDER GRANTING PLAINTIFF'S REQUEST
                                           | FOR AN EXTENSION OF TIME TO
14        v.                               | RESPOND TO COURT'S ORDER

15   SUN MICROSYSTEMS, INC.,

16            Defendant.

17

18        On August 17, 2005 this court granted defendant's motion to dismiss plaintiff's complaint.  The

19   court gave plaintiff twenty days leave to amend.  On September 6, 2005 plaintiff wrote to the court and

20   requested an additional twenty days to respond due to a family emergency.  The court grants plaintiff's

21   motion.  In the interest of fairness to defendant, however, the court notes that this is the last such extension

22   it will authorize.

23

24

25   DATED:      9/12/05                              /s/ Ronald M. Whyte
                                                    RONALD M. WHYTE
26                                                  United States District Judge

27

28

ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO COURT'S ORDER
—C-05-02387 RMW
DOH

1  **Notice of this document has been sent to:**

2  **Counsel for Plaintiff(s):**

3  Myra C. Crenshaw
   PRO SE
4  5014 Hildasue Terrace
   Fremont, CA 94555
5
   **Counsel for Defendant(s):**
6
   Michael W. Foster          mfoster@fosterlaborlaw.com
7

8  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-
   filing under the court's CM/ECF program.
9

10

11
   **Dated:**        9/12/05                                         DOH
12                                                           **Chambers of Judge Whyte**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO COURT'S ORDER
—C-05-02387 RMW
DOH                                          2