UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/30/05*

MYRA C. CRENSHAW,

    Plaintiff,

vs.

SUN MICROSYSTEMS,

    Defendant.

Case No. C 05-02387 RMW

**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

    Good cause appearing, and the parties having stipulated to it, IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (currently set for hearing on December 2, 2005) is continued to December 16, 2005 at 9:00 a.m.

    IT IS SO ORDERED.

Dated: 11/30/05

/S/ RONALD M. WHYTE

UNITED STATES DISTRICT COURT JUDGE

FOSTER & ASSOCIATES
ATTORNEYS AT LAW
610 – 16TH STREET · SUITE 310 · OAKLAND, CALIFORNIA 94612
TEL.: (510) 763-1900 · FAX: (510) 763-5952

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

C 05-02387 RMW                    ORD. CONTINUING HEARING ON MOT. TO DISMISS