**E-FILED on**    11/1/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MYRA C. CRENSHAW,<br><br>      Plaintiff,<br><br>      v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>      Defendant. | No. C-05-02387 RMW<br><br>ORDER REGARDING MOTION TO ENLARGE TIME<br><br>**[Re Docket No. 73, 81]** |

The court's October 10, 2006 order denying plaintiff's request to extend time for which to designate expert witnesses provided that the court will reconsider the denial if plaintiff files within ten calendar days an offer of proof as to the essential content of the testimony of any expert witness she seeks to offer. Plaintiff has not provided an offer of proof as required by the court's order. Plaintiff has only provided her own argument of what an expert could testify to, not the content of any particular expert's testimony. Accordingly, plaintiff's request to extend time is denied.

DATED:    11/1/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER REGARDING MOTION TO ENLARGE TIME—C-05-02387 RMW
SPT

1 **Notice of this document has been sent to:**

2 **Counsel for Plaintiff(s):**

3 Myra C. Crenshaw
5014 Hildasue Terrace
4 Fremont, CA 94555
PRO SE

5 **Counsel for Defendant(s):**

6
Michael W. Foster    mfoster@fosterlaborlaw.com
7

8 Counsel are responsible for distributing copies of this document to co-counsel that have not
registered for e-filing under the court's CM/ECF program.
9

10

11
**Dated:**      11/1/06                              SPT
12                                          **Chambers of Judge Whyte**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER REGARDING MOTION TO ENLARGE TIME—C-05-02387 RMW
SPT                                          2