1  MYRA CRENSHAW
2  5014 Hildasue Terrace
   Fremont, CA 94555
3  (510) 796-2377

4  Plaintiff, *in pro per*

5  MICHAEL W. FOSTER (State Bar No. 127691)
   DANIELLE OCHS-TILLOTSON (State Bar No. 178677)
6  FOSTER & ASSOCIATES
   610- 16th Street, Suite 310
7  Oakland, CA 94612
   Tel: (510) 763-1900
8  Fax: (510) 763-5952

9  Attorneys for Defendant
   SUN MICROSYSTEMS, INC.

FEB 14 '07

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MYRA C. CRENSHAW,<br><br>Plaintiff,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>Defendant. | Case No. C 05-02387 RMW<br><br>STIPULATION CONTINUING TRIAL DATE; SUPPORTING DECLARATION; [PROPOSED] ORDER<br><br>Current Trial Date: February 26, 2007<br>Proposed Trial Date: April 2, 2007<br><br>The Honorable Ronald M. Whyte |

1

STIPULATION CONTINUING TRIAL DATE; SUPPORTING DECLARATION; [PROPOSED] ORDER

### DECLARATION OF DANIELLE OCHS-TILLOTSON RE STIPULATION RE [PROPOSED] ORDER TO CONTINUE TRIAL DATE

I, Danielle Ochs-Tillotson, hereby declare as follows:

1. I am an attorney with Foster & Associates representing defendant Sun Microsystems, Inc. ("Sun") in this action and have personal knowledge of the matters set forth herein and could and would testify thereto at any hearing of this matter.

2. This matter is currently set for trial on February 26, 2007. A pretrial conference is set for February 15, 2007. Sun has filed its pretrial submissions.

3. On February 12, 2007, plaintiff Myra Crenshaw informed me that due to medical problems she desired to continue the trial for one month. The parties contacted the Court's calendar clerk on February 13, 2007 and determined that the trial could be continued to April 2, 2007. I am informed and believe that both parties are available to attend a pretrial conference on March 8, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 14th day of February 2007 in Oakland, California.

_____
Danielle Ochs-Tillotson

1 **STIPULATION RE [PROPOSED] ORDER TO CONTINUE TRIAL DATE**

2   For the reasons set forth in the attached Declaration of Danielle Ochs-Tillotson Re

3 Stipulation Re [Proposed] Order to Continue Trial Date, plaintiff Myra Crenshaw, *in pro per* and

4 defendant Sun Microsystems, Inc., by and through its counsel, hereby stipulate to continue the

5 trial to April 2, 2007, and the pretrial conference to March 8, 2007. The parties respectfully

6 request that the Court issue an Order adopting the following schedule or any such dates that the

7 Court finds convenient:

8 Dated: February 14, 2007

By: /s/ Myra C. Crenshaw
MYRA CRENSHAW
Plaintiff In Pro Se

12 Dated: February 14, 2007              FOSTER & ASSOCIATES

By: /s/ D. Ochs-Tillotson
DANIELLE OCHS-TILLOTSON
Attorneys for Defendant
SUN MICROSYSTEMS, INC.

3
STIPULATION CONTINUING TRIAL DATE; SUPPORTING DECLARATION; [PROPOSED] ORDER

1
2              [PROPOSED] ORDER CONTINUING TRIAL DATE
3       For good cause showing, the Stipulation Re [Proposed] Order to Continue Trial Date is
4    hereby adopted by the Court as its Order in this matter. The parties are ordered to comply
5    therewith.
6
7    Dated: 2/14/07
8                                  _____
                                    Ronald M Whyte
9                                  UNITED STATES DISTRICT COURT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28