**E-FILED on** 3/27/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MYRA C. CRENSHAW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>　　　　Defendant. | No. C-05-02387 RMW<br><br>ORDER DENYING PLAINTIFF'S LETTER REQUEST REGARDING DEFENDANTS' CONTACT WITH PLAINTIFF'S WITNESSES |

On March 19, 2007 plaintiff submitted a letter request to the court that defendants contact her witnesses only through her. According to the letter, defendants were carbon copied on the letter. The court hereby denies plaintiff's request.

DATED:    3/23/07

　　　　　　　　　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING PLAINTIFF'S LETTER REQUEST REGARDING DEFENDANTS' CONTACT WITH PLAINTIFF'S WITNESSES—C-05-02387 RMW
SPT

1 | **Notice of this document has been sent to:**

2 | **Counsel for Plaintiff(s):**

Myra C. Crenshaw
5014 Hildasue Terrace
Fremont, CA 94555
PRO SE

**Counsel for Defendant(s):**

Michael W. Foster     mfoster@fosterlaborlaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   3/27/07               SPT
                                   **Chambers of Judge Whyte**

ORDER DENYING PLAINTIFF'S LETTER REQUEST REGARDING DEFENDANTS' CONTACT WITH PLAINTIFF'S WITNESSES—C-05-02387 RMW
SPT                              2